IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANNE HUDSON, et al. | ) |
| | ) |
| v. | ) NO. 3-14-0987 |
| | ) JUDGE CAMPBELL |
| CHRYSLER GROUP, LLC, et al. | ) |

ORDER

The parties have filed a Stipulation of Voluntary Dismissal of Nationwide Property and Casualty Insurance Company (Docket No. 69). Accordingly, Plaintiffs' claims against Defendant Nationwide Property and Casualty Insurance Company are DISMISSED with prejudice.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE