IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANNE HUDSON, deceased, b/n/f and husband Leroy Hudson; and LEROY HUDSON, individually and as personal representative of the Estate of Anne Hudson, deceased<br><br>v.<br><br>CHRYSLER GROUP LLC; NEW VENTURE GEAR, INC.; NEW PROCESS GEAR, INC.; MAGNA SERVICES OF AMERICA, INC.; DANA HOLDING CORPORATION; BILL BORUFF AUTOMOTIVE, LLC d/b/a Bill Boruff Chrysler-Dodge-Jeep-Ram; BRYAN D. PATTERSON, individually and d/b/a Charlie's Tire Store; CHARLIE'S TIRE STORE, INC.; CEDAR CITY DIESEL AND AUTOMOTIVE, INC.; and MIRACLE CHRYSLER PLYMOUTH DODGE, INC. d/b/a Miracle Chrysler Dodge, Jeep, Inc.[1] | No. 3-14-0987 |

O R D E R

The parties' second joint motion to modify scheduling order (Docket Entry No. 80) is GRANTED, and the following deadlines are extended:

1. The June 15, 2015, deadline for the parties to complete all written discovery and depose all fact witnesses is extended to August 17, 2015.

2. The June 29, 2015, deadline for the parties to file motions relating to written discovery and fact witness depositions is extended to August 31, 2015.

---

[1] By stipulation filed on July 17, 2014 (Docket Entry No. 43), and order entered August 5, 2014 (Docket Entry No. 45), the plaintiffs' claims against Miracle Chrysler Plymouth Dodge, Inc. d/b/a Miracle Chrysler Dodge Jeep, Inc. were dismissed without prejudice. By stipulation filed on January 13, 2015 (Docket Entry No. 65), and order entered January 16, 2015 (Docket Entry No. 66), the plaintiffs' claims against Bill Boruff Automotive, LLC d/b/a Bill Boruff Chrysler-Dodge-Jeep-Ram were dismissed without prejudice. By stipulation filed on February 24, 2015 (Docket Entry No. 69) and order entered on February 25, 2015 (Docket Entry No. 70), Nationwide Property and Casualty Insurance Company, the UM carrier, was dismissed with prejudice.

3. The January 15, 2016, deadline for the parties to complete all discovery is extended to February 1, 2016.

4. The July 15, 2015, deadline for the plaintiff to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure is extended to August 17, 2015.

5. The September 15, 2015, deadline for the parties to file a joint mediation report is extended to November 16, 2015.

6. The September 15, 2015, deadline for the defendants to serve Rule 26(a)(2) expert disclosures is extended to October 2, 2015. If a defendant discloses an expert witness in support of an allegation of comparative fault against another defendant, the October 15, 2015, deadline for the non-disclosing defendant to disclose an expert witness to rebut the allegation is extended to November 2, 2015. The October 15, 2015, deadline for serving all expert rebuttal disclosures is extended to November 2, 2015.

7. The December 1, 2015, deadline for the defendants to depose plaintiff's expert witnesses is extended to December 31, 2015. The January 15, 2016, deadline for the plaintiff to depose the defendant's expert witnesses is extended to February 1, 2016.

Except as modified herein, the orders entered June 3, 2014 (Docket Entry Nos. 35-36), as modified by the orders entered June 5, 2014 (Docket Entry No. 37), and January 16, 2015 (Docket Entry No. 66), remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge